UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 2:21-cv-2019-JDP (HC)<br><br>ORDER DIRECTING PETITIONER TO SUBMIT A COMPLETE IN FORMA PAUPERIS APPLICATION AND INMATE TRUST ACCOUNT STATEMENT |

Petitioner, a county inmate proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. However, the certificate portion of the application, which must be completed by petitioner's institution of incarceration, has not been completed. Also, petitioner has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). I will give petitioner the opportunity to submit a completed *in forma pauperis* application and a certified copy of his trust statement in support of his application.

In accordance with the above, it is hereby ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

1 and

2     2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

IT IS SO ORDERED.

Dated:    December 6, 2021                                         
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE