|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 17 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: WILLIAM J. WHITSITT.

---

WILLIAM J. WHITSITT,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO,

        Respondent,

STATE OF CALIFORNIA,

        Real Party in Interest.

No.   22-70035

D.C. No. 2:21-cv-02019-JDP
Eastern District of California,
Sacramento

ORDER

Before: TASHIMA, FRIEDLAND, and BADE, Circuit Judges.

    A review of the district court's docket indicates that the district court issued an order on March 4, 2022. Accordingly, the mandamus petition is denied as moot.

    No further filings will be entertained in this closed case.